IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TELLY JETT,

    Plaintiff,                      No. CIV S-11-3264 DAD P

    vs.

SACRAMENTO COUNTY JAIL et al.,

    Defendants.             ORDER

/

Plaintiff is a state prisoner proceeding pro se seeking relief pursuant to 42 U.S.C. § 1983.[1] By order filed March 30, 2012, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: May 10, 2012.

*signature: Dale A. Drozd*

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
jett3264.fta

---

[1] Plaintiff previously consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c). (See Doc. No. 4.)